AO 442 (Rev 01/09) Arrest Warrant

11896625

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:25-cr-00379 |
| v. | ) | Assigned To: Judge Moss, Randolph D. |
| Christopher Southerland | ) | Assign Date: 12/4/2025 |
|  | ) | Description: INDICTMENT (B) |
|  | ) |  |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher Southerland                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 641 (Theft of Goverment Property)

Date: 12/04/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/5/25, and the person was arrested on *(date)* 1/8/26
at *(city and state)* Washington, DC.

Date: 1/8/26

*Arresting officer's signature*

COREY WILLIAMS DUSM
*Printed name and title*